UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 03-20854-Civ-Lenard-Simonton

EARL CULP, on behalf of himself and
all others similarly situated,

      Plaintiffs,

v.

GAINSCO, INC., GLENN W.
ANDERSON, and DANIEL J.
COOTS,

      Defendants.

_____/

**4-04CV-723-Y**



FILED by _____ D.C.

MAY 1 3 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

RECEIVED

[ . .    | 2004

CLERK, U S DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## O R D E R

This case is before the Court for consideration of the Defendants' Unopposed Motion for

an Enlargement of Time in which to Respond to the Second Consolidated Amended Class Action

Complaint (D.E. ___). Upon due consideration, and for good cause shown, it is hereby

ORDERED and ADJUDGED that:

(1)    Defendants' unopposed motion (D.E. ___) is GRANTED;

(2)    Defendants shall have seven additional days, until May 24, 2004, in which to

answer or otherwise respond to the Second Consolidated Amended Class Action Complaint;

(3)    If the Defendants file a motion to dismiss the Second Consolidated Amended

Class Action Complaint, the deadlines set forth in this Court's November 25, 2003 Order

Approving Stipulation and Granting Agreed Motion for Entry of Scheduling Order shall govern

the filing and service of opposition and reply memoranda.

Case No. 03-████4-Civ-Lenard-Simonton

DONE and ORDERED in Chambers at Miami, Florida this __/3_ day of May, 2004.

John A. Lenard
UNITED STATES DISTRICT JUDGE

Copies furnished to
all counsel of record
listed on the attached
service list

2

Case No. 03-███4-Civ-Lenard-Simonton

## SERVICE LIST

**For Plaintiffs:**

Kenneth J. Vianale, Esq.
Vianale & Vianale LLP
5355 Town Center Road, Suite 801
Boca Raton, FL  33486
Tel: (561) 391-4900
Fax: (561) 368-9274

Samuel H. Rudman, Esq.
Cauley Geller Bowman Coates & Rudman LLP
200 Broadhollow Road, Suite 406
Mellville, NY  11747
Tel: (631) 367-7100
Fax: (631) 367-1173

**For Defendants:**

Charles M. Rosenberg (FBN: 279064)
Carlton Fields, P.A.
4000 International Place
100 S.E. Second Street
Miami, FL  33131-1901
Tel: (305) 530-0050
Fax: (305) 530-0055

3